UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LARIS PETE,

    Plaintiff,

v.

KING COUNTY,

    Defendant.

Case No. C17-909 RAJ-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the remaining record, does hereby **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) This matter is **DISMISSED without prejudice for failure to state a claim.**

(3) The Clerk of Court is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 30th day of August, 2017.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1