# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LARIS PETE,

      Plaintiff,

v.

KING COUNTY,

      Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. C17-909 RAJ-BAT

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Report and Recommendation is adopted and approved. Plaintiff's complaint is **DISMISSED without prejudice for failure to state a claim.**

Dated this 30th day of August, 2017.

                                              WILLIAM M. McCOOL
                                              Clerk

                                              s/ RHONDA STILES
                                              Deputy Clerk